The People of the State of New York, Respondent, v. Frank Laydon, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion, Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

The People of the State of New York, Respondent, v. Lena Munger, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Alfred Stone, Appellant.— Judgment of conviction and order of the County Court of Kings county affirmed. No opinion. Burr, Thomas and Putnam, JJ., concurred; Jenks, P. J., and Carr, J., dissented.

The People of the State of New York ex rel. The New York, Brooklyn and Manhattan Beach Railway Company and The Long Island Railroad Company, Respondents, v. William A. Prendergast, as Comptroller of the City of New York, and Others, Appellants. John Williams, Commissioner of Labor, etc., Intervenor, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred.

The People of the State of New York ex rel. John Olson, Appellant, v. Traverse A. Armstrong and Bernard H. Foley, Two Justices of the Peace of the Town of Mount Pleasant, Patrick Galgan, as Overseer of the Poor of Said Town, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred.

Arthur A. Rath, Respondent, v. Roy H. McNaught, Appellant, and Another, Defendant.— As the affidavits for the remedy by arrest made a *prima facie* case of actionable fraud without reference to the proceedings in the suit of *Eastmond* v. *McNaught* (*ante*, p. 903), the order denying the motion to vacate the order of arrest is affirmed, with ten dollars costs and disbursements to abide the event. Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred.

Matthew Reilly, Respondent, v. Alice Josephine Early, Sued as Alice Josephine Donnelly, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on authority of *Hayes* v. *Brooklyn Heights Railroad Co.* (200 N. Y. 183). Burr, Thomas and Rich, JJ., concurred; Jenks, P. J., and Stapleton, J., dissented.